UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RONISHA FERGUSON individually and on behalf of her minor children S.J. and A.J.,

22-CV-01000 (KPF)(DCF)

                               Plaintiffs,

      -against-                                  **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                               Defendants.

---------------------------------------------------------------------- x

       Please enter the appearance of the undersigned, as a lead attorney and attorney to be noticed, on behalf of Defendant the City of New York in the above-captioned action.

Dated:  New York, New York
          March 1, 2022

                                              HON. SYLVIA O. HINDS-RADIX
                                              Corporation Counsel of the
                                                 City of New York
                                             *Attorney for Defendant City of New*
                                                 *York*

                                              By: <u>/s/ Sharon  Sprayregen</u>
                                               Sharon Sprayregen
                                               Assistant Corporation Counsel
                                               100 Church Street
                                               New York, New York 10007
                                               Ph: (212) 356-0873
                                               Email: ssprayre@law.nyc.gov