| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |
| | GPS and Timestamp: 40.831167283333336, -73.82779409999999 |
| | 1663778811067 |

| | |
|---|---|
| Plaintiff / Petitioner: RONISHA FERGUSON ET AL | AFFIDAVIT OF SERVICE |
| Defendant / Respondent: THECITY OF NEW YORK ET AL | Index No: 22-CV-01000 |

The undersigned being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Wed, Sep 21 2022 AT 12:46 PM AT 2877 Barkley Ave 45TH PCT, Bronx, NY 10465 deponent served the within summons and verified complaint and notice of commencement by electronic filing on POLICE OFFICER G. COTTO

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Cathy Mundy a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 2877 Barkley Ave 45TH PCT, Bronx, NY 10465, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Wed, Sep 21 2022 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 65  Ethnicity: Caucasian  Gender: Female  Weight: 130
Height: 5'5"  Hair: Blond  Eyes: Brown  Relationship: Co worker
Other

Said documents were conformed with Index number and date of filing endorsed thereon.

Sworn to before me on this 25th day of September 2022

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |

GPS and Timestamp: 40.831167283333336, -73.82779409999999
1663778752082

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>RONISHA FERGUSON ET AL<br>**Defendant / Respondent:**<br>THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE**<br>Index No:<br>22-CV-01000 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Wed, Sep 21 2022 AT 12:45 PM AT 2877 Barkley Ave 45TH PCT, Bronx, NY 10465 deponent served the within summons and verified complaint and notice of commencement by electronic filing on POLICE HECTOR BASORA

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to SPAA Cathy Mundy a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 2877 Barkley Ave 45TH PCT, Bronx, NY 10465, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Wed, Sep 21 2022 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 65 | Ethnicity: Caucasian | Gender: Female | Weight: 130 |
| Height: 5'4" | Hair: Blond | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 25th day of September 2022.

_____
Mitchell Raider
1450036

_____
Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

GPS and Timestamp: 40.831167283333336, -73.82779409999999
1663778689071

**Plaintiff / Petitioner:**
RONISHA FERGUSON ET AL

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
22-CV-01000

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Wed, Sep 21 2022 AT 12:44 PM AT 2877 Barkley Ave 45TH PCT, Bronx, NY 10465 deponent served the within summons and verified complaint and notice of commencement by electronic filing on POLICE OFFICER RODRIGUEZ

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Cathy Mundy a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 2877 Barkley Ave 45TH PCT, Bronx, NY 10465, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Wed, Sep 21 2022 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 65    Ethnicity: Caucasian    Gender: Female    Weight: 130
Height: 5'5"    Hair: Blond    Eyes: Brown    Relationship: Co worker
Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 25th day of September 2022

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |
|---|---|

GPS and Timestamp: 40.831167283333336, -73.82779409999999
1663778482069

| Plaintiff / Petitioner: | AFFIDAVIT OF SERVICE |
|---|---|
| RONISHA FERGUSON ET AL | Index No: |
| Defendant / Respondent: | 22-CV-01000 |
| THECITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Wed, Sep 21 2022 AT 12:41 PM AT 2877 BARKLEY AVE 45TH PCT BRONX NY 10465 deponent served the within summons and verified complaint and notice of commencement by electronic filing on SERGEANT MEER DEEN

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to SPAA Cathy Mundy a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 2877 BARKLEY AVE 45TH PCT BRONX NY 10465, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Wed, Sep 21 2022 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 65 | Ethnicity: Caucasian | Gender: Female | Weight: 130 |
|---|---|---|---|
| Height: 5'4" | Hair: Blond | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 25th day of September 2022

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |
| | GPS and Timestamp: 40.70944151141285, -74.00624763082834 |
| | 1663687002610 |

| | |
|---|---|
| **Plaintiff / Petitioner:** RONISHA FERGUSON ET AL | **AFFIDAVIT OF SERVICE** |
| **Defendant / Respondent:** THE CITY OF NEW YORK ET AL | Index No: **22-CV-01000** |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Tue, Sep 20 2022 AT 11:16 AM AT 150 WILLIAM STREET, NEW YORK, NY 10038 deponent served the within summons and verified complaint and notice of commencement by electronic filing on CHEMEL WILSON C/O ACS

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation/Entity:** CHEMEL WI;LSON C/O ACS a defendant, therein named, by delivering a true copy of each to Aziz Thompson personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Clerk thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 40 | Ethnicity: African American | Gender: Male | Weight: 250 |
|---|---|---|---|
| Height: 6'3" | Hair: Black | Eyes: Brown | Relationship: Clerk |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 25th day of September 2022

_____          _____
Mitchell Raider                                                   Notary Public
1450036

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024